

# NUMBERS 13-21-00074-CR; 13-21-00075-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PRENTIS COLEMAN,                                                            Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

**On appeal from the 319th District Court
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva
Memorandum Opinion by Justice Silva**

These causes are before the court on appellant's motions to dismiss these appeals which indicate appellant no longer desires to prosecute these appeals. The motions were each signed by both counsel and the appellant. We find the motions meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a

written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the

merits of the cases, we grant the motions to dismiss and dismiss the appeals.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
8th day of July, 2021.